UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 16-8468-MWF(JCx)**                                    Dated: **September 29, 2017**

Title:     James Michael Barden -*v*- City of Pomona, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                              None Present

PROCEEDINGS (IN CHAMBERS):      ORDER TO SHOW CAUSE

In light of the Notice of Settlement filed September 28, 2017, the Court sets a hearing on Order To Show Cause Re Dismissal for **October 30, 2017 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

**IT IS SO ORDERED.**

MINUTES FORM 90                                        Initials of Deputy Clerk   cw
CIVIL - GEN

-1-