JS-6
FILED
CLERK, U.S. DISTRICT COURT
10/27/2017
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL BARDEN, | Case No. 2:16-cv-08468-MWF-JC |
| Plaintiff, | |
| vs. | **ORDER RE STIPULATION TO DISMISS WITH PREJUDICE ENTIRE ACTION** |
| CITY OF POMONA; COUNTY OF LOS ANGELES; POMONA POLICE DEPARTMENT CHIEF PAUL CAPRARO, individually and in his official capacity; LOS ANGELES COUNTY SHERIFF JIM MCDONNELL, individually and in his official capacity; LOS ANGELES SHERIFF'S DEPARTMENT CUSTODY DIVISION CHIEF ERIC PARRA, individually and in his official capacity; and DOES 1-50, | |
| Defendants. | |

AFTER GOOD CAUSE BEING SHOWN:

IT IS HEREBY ORDERED that the above-entitled mater [and all claims set forth therein] is dismissed as to all Defendants [CITY OF POMONA, OFFICER RALPH RIVERA, OFFICER RODNEY CAVANAUGH, OFFICER ERIC O'MAHONY, OFFICER RONALD RAMIREZ and OFFICER AUSTIN DOSSEY] with prejudice, pursuant to Fed. R.Civ. P. 41(a)(1). All parties waive any right to seek any costs and attorney's fees.

IT IS SO ORDERED.

DATED: October 27, 2017

_____
Honorable Michael W. Fitzgerald
United States District Judge